1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANDRAS FARKAS, Bar #254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL W. WERNER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-mj-00176 GSA |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND RE-SETTING FOR CHANGE OF PLEA; ORDER |
| v. | |
| MICHAEL W. WERNER, | Date: October 11, 2012 |
| Defendant. | Time: 10:00 A.M. |
| | Judge: Hon. Gary S. Austin |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for September 27, 2012, **may be continued to October 11, 2012, at 10:00 A.M. before Magistrate Judge Gary S. Austin and re-set for a change of plea hearing.**

This continuance is requested by counsel for the defendant. Mr. Werner resides in Southern California. Due to his work schedule, and the time, distance, and expense involved in coming to Fresno for court, the requested continuance will minimize loss of work and allow him to be present in court and not subject him to substantial loss of income and/or employment. The requested continuance will conserve time and resources for both counsel and the court. A Memorandum of Plea Agreement has been signed by the parties. Special Assistant United States Attorney Wallace Lee has no objection to this request.

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

                                           BENJAMIN B. WAGNER
                                           United States Attorney

DATED: September 18, 2012               /s/ Wallace Lee
                                           WALLACE LEE
                                           Special Assistant United States Attorney
                                           Attorney for Plaintiff

                                           DANIEL J. BRODERICK
                                           Federal Defender

DATED: September 18, 2012               /s/ Andras Farkas
                                           ANDRAS FARKAS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           MICHAEL W. WERNER

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. Status conference hearing in the above captioned matter now set for September 27, 2012, before Judge McAuliffe, is **continued to October 11, 2012, at 10:00 A.M. before Magistrate Judge Gary S. Austin and re-set for a change of plea hearing.** The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

      IT IS SO ORDERED.

    **Dated:  September 19, 2012**                 **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE